UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL HOWARD HUNTER, | |
| Petitioner, | CASE NO. C08-0780-RAJ-JPD |
| | (CR88-93-ER(CRD)) |
| v. | |
| UNITED STATES OF AMERICA, | ORDER DENYING MOTION |
| | UNDER 28 U.S.C. § 2255 |
| Respondent. | |

The Court, having reviewed the motion for relief under 28 U.S.C. § 2255, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's petitioner for writ of error *coram nobis* is DENIED.

(3) Petitioner's motion to proceed *in forma pauperis* is STRICKEN as moot.

(4) The Clerk is directed to send copies of this Order to petitioner, to the United States Attorney, and to Judge Donohue.

IT IS SO ORDERED.

DATED this 2nd day of September, 2008.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge